UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY R. MCGUIRE,<br><br>        Plaintiff,<br><br>   v.<br><br>JULIA JONES, et al.,<br><br>        Defendants. | Case No.  16-cv-01569-JST (PR)<br><br>**ORDER OF TRANSFER** |

This action was opened after plaintiff filed a "petition for new or independent action" pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  Therein, plaintiff sought relief from the denial of his petition for writ of habeas corpus filed in the United States District for the Middle District of Florida, McGuire v. Buss, No. 02-cv-687-J-32JRK (M.D. Fl.).  Plaintiff's instant filing should have been made in his action in the Middle District of Florida where the judgment being challenged was originally entered.

Accordingly, this case is TRANSFERRED to the United States District Court for the Middle District of Florida.  See 28 U.S.C. § 1404(a).  The Clerk is directed to transfer this matter forthwith.   In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: April 25, 2016

                                                                    JON S. TIGAR
                                                             United States District Judge